**UNITED STATES of America,**
**Appellee,**

v.

**Alfredo CONTRERAS–DIAZ, Appellant.**

No. 05–2157.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 17, 2006.

Decided: March 29, 2006.

Daniel Christopher Tvedt, Cedar Rapids, IA, for United States of America.

John Broz, Cedar Rapids, IA, for Alfredo Contreras–Diaz.

Alfredo Contreras–Diaz, Cedar Rapids, IA, pro se.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Alfredo Contreras–Diaz unconditionally pleaded guilty to possessing marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), and the district court[1] sentenced him to 41 months in prison and 3 years of supervised release. He appeals.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

For the reasons discussed below, we affirm his conviction and sentence.

First, Contreras–Diaz argues that the district court erred by denying in part his motion to suppress. However, his unconditional guilty plea precludes him from raising this argument on appeal. *See United States v. Jennings,* 12 F.3d 836, 839 (8th Cir.1994). Second, Contreras–Diaz argues that the district court erred by applying an enhancement for obstruction of justice and by not granting him a reduction for acceptance of responsibility. Having reviewed the district court's factual findings and legal conclusions under the applicable standards of review, we see no error. *See* U.S.S.G. § 3C1.1, comment. (n.4(e)); U.S.S.G. § 3E1.1, comment. (n.4).

Accordingly, we affirm the judgment of the district court.